**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ELIZABETH KAREIVA,

           Plaintiff,

-vs-                                      Case No.: 3:12-cv-375-J-34JBT

OFFICER MICHAEL WELCH and
ASHBURN GEORGIA POLICE
DEPARTMENT,

           Defendants.

_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 5; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on April 9, 2012. In the Report, the Magistrate Judge recommends that this action be transferred for all further proceedings to the United States District Court for the Middle District of Georgia, Albany Division, or alternatively, that the action be dismissed without prejudice. See Report at 3. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de

novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 5) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to transfer this case for all further proceedings to the United States District Court for the Middle District of Georgia, Albany Division, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of May, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

Pro Se Parties